UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RUTH JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 12 C 5385 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | Magistrate Judge Keys |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF JUDGMENT WITH REMAND**

Plaintiff and Defendant jointly move this court for entry of judgment with remand. This court

has the power, pursuant to sentence four of Section 205(g) of the Social Security Act, "to enter, upon

the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision

of the [Commissioner], with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g);

*Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Parties agree that, on remand, Plaintiff will be provided with the opportunity for a

hearing and to submit additional evidence and arguments. The administrative law judge will:

(1) update the medical record concerning Plaintiff's condition; (2) obtain a medical expert to assess

the nature and severity of Plaintiff's alleged impairments; (3) if necessary, order a consultative

examination to assess the nature and severity of Plaintiff's alleged impairments; and (4) issue a new

decision.

WHEREFORE, the Parties respectfully request that this court enter judgment reversing the

Commissioner's decision pursuant to sentence four of U.S.C. § 405(g) and remand the case to the

Commissioner for further administrative action consistent with this joint motion.

Respectfully submitted,

GARY S. SHAPIRO
United States Attorney

Approved by:                                    Prepared by:

By: s/ Matthew Edwards[1]                       By: s/ Kathryn A. Kelly
MATTHEW EDWARDS                                    KATHRYN A. KELLY
Zivic Solutions, Ltd.                              Assistant United States Attorney
741 North Dearborn Street                          219 South Dearborn Street
Chicago, Illinois 60610                            Chicago, Illinois 60604
(312) 829-8553                                     (312) 353-1936
                                                   kathryn.kelly@usdoj.gov


                                                JARED C. JODREY
                                                Assistant Regional Counsel
                                                Social Security Administration
                                                200 West Adams Street, 30th Floor
                                                Chicago, Illinois 60606
                                                (877) 800-7578, ext. 19134
                                                *Of Counsel for Defendant*

---

[1] Plaintiff's counsel authorized the Assistant United States Attorney to sign on his behalf.