UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RUTH JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 12 C 5385 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | Magistrate Judge Keys |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF JUDGMENT WITH REMAND

Plaintiff and Defendant jointly move this court for entry of judgment with remand. This court has the power, pursuant to sentence four of Section 205(g) of the Social Security Act, "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g); *Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Parties agree that, on remand, Plaintiff will be provided with the opportunity for a hearing and to submit additional evidence and arguments. The administrative law judge will: (1) update the medical record concerning Plaintiff's condition; (2) obtain a medical expert to assess the nature and severity of Plaintiff's alleged impairments; (3) if necessary, order a consultative examination to assess the nature and severity of Plaintiff's alleged impairments; and (4) issue a new decision.

WHEREFORE, the Parties respectfully request that this court enter judgment reversing the Commissioner's decision pursuant to sentence four of U.S.C. § 405(g) and remand the case to the Commissioner for further administrative action consistent with this joint motion.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td></td><td>GARY S. SHAPIRO<br>United States Attorney</td></tr>
<tr><td>Approved by:</td><td>Prepared by:</td></tr>
<tr><td>By: s/ Matthew Edwards[1]<br>MATTHEW EDWARDS<br>Zivic Solutions, Ltd.<br>741 North Dearborn Street<br>Chicago, Illinois 60610<br>(312) 829-8553</td><td>By: s/ Kathryn A. Kelly<br>   KATHRYN A. KELLY<br>   Assistant United States Attorney<br>   219 South Dearborn Street<br>   Chicago, Illinois 60604<br>   (312) 353-1936<br>   kathryn.kelly@usdoj.gov</td></tr>
<tr><td></td><td>JARED C. JODREY<br>Assistant Regional Counsel<br>Social Security Administration<br>200 West Adams Street, 30th Floor<br>Chicago, Illinois 60606<br>(877) 800-7578, ext. 19134<br>*Of Counsel for Defendant*</td></tr>
</table>

---

[1] Plaintiff's counsel authorized the Assistant United States Attorney to sign on his behalf.